HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ALVIN DICKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00018-LJO-SKO |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| vs. | |
| ALVIN DICKSON, | |
| Defendant. | Judge: Hon. Sheila K. Oberto |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Alvin Dickson, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

//

//

//

Defendant makes this request because he resides in Oakland, California, has numerous health issues that restrict his ability to travel—including an impending medical procedure on May 21, 2014—and therefore wishes to minimize the time and expense involved in traveling to Fresno for non-substantive court hearings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: May 16, 2014        /s/ Jerome Price
                           JEROME PRICE
                           Assistant Federal Defender
                           Attorneys for Defendant
                           ALVIN DICKSON

DATED: May 16, 2014        /s/ Alvin Dickson
                           ALVIN DICKSON

**O R D E R**

Good cause appearing, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **May 17, 2014**                /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE