HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ALVIN DICKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00018-LJO-SKO |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE;  ORDER |
| vs. | |
| ALVIN DICKSON, | Judge: Hon. Sheila K. Oberto |
| Defendant. | |

On March 5, 2014, Defendant Alvin Dickson made an initial appearance in the Northern District of California on an out-of-district warrant issued in the Eastern District of California.  A magistrate judge in the Northern District ordered the defendant released on a $100,000 unsecured bond with the following, relevant conditions:

1. Defendant surrender all passports
2. Defendant shall not travel outside of the Northern District of California and the Eastern District of California for court appearances.
3. Defendant shall not change residence without prior approval of Pretrial Services.
4. Lola Robinson is ordered not to sell, encumber, do anything to depreciate the value of her property until she's relieved of her obligation as a co-signer of this bond, or until

Bond is exonerated or until further Order of the Court.

On March 6, 2014, Magistrate Judge Donna M. Ryu, in the Northern District of California, modified Mr. Dickson's pretrial conditions to allow him to travel to the Eastern District of California on March 10, 2014 to attend class.

Mr. Dickson made an initial appearance in the Eastern District of California on March 21, 2014. At the hearing, Magistrate Judge Barbara A. McAuliffe modified the conditions of release to include conditions that:

1. Restricted the defendant's travel to the Northern District of California and to the Eastern District of California for court-related purposes only, unless otherwise approved in advance a Pretrial Services Officer.
2. Prohibited the defendant from possessing a firearm/ammunition, destructive device, or other dangerous weapon.
3. Required the defendant to participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the Pretrial Services Officer. The defendant would pay all or part of the costs of counseling services based upon an ability to pay as determined by the Pretrial Services Officer.

Pretrial Services Officer Dan Stark notified both parties by email that the supervising Pretrial Services Officer in the Northern District of California has advised that Mr. Dickson's adjustment under supervision is satisfactory and mental health counseling is no longer needed. Mr. Stark further advised that alcohol or drug abuse has not been an issue in this case. The intent of the condition was to have the defendant participate in mental health counseling, with which has complied.

/ / /

/ / /

/ / /

/ / /

Therefore, **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Mark J. McKeon, counsel for Plaintiff, and Assistant Federal Defender Jerome Price, counsel for Defendant Alvin Dickson, that the following condition be stricken from Mr. Dickson's conditions of pretrial release:

> The defendant shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the PSO; you shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the PSO.

The parties further stipulate that all other previously ordered conditions of release shall remain in full force and effect. Pretrial Services is in agreement with the stipulated modification.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  January 22, 2015        */s/ Mark J. McKeon*
MARK J. McKEON
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 22, 2015         */s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
ALVIN DICKSON

///

///

///

# **O R D E R**

The above stipulation is accepted by the Court.  The condition of release requiring the defendant to participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the PSO, and to pay all or part of the costs of the counseling services is **HEREBY STRICKEN.**  All other previously ordered conditions of pretrial release shall remain in full force and effect.


IT IS SO ORDERED.

Dated:    **January 24, 2015**                         **/s/ Sheila K. Oberto**
                                                               UNITED STATES MAGISTRATE JUDGE