1 | HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
2 | JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5
Attorneys for Defendant
6 | ALVIN DICKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:14-CR-00018 SKO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS ) CONFERENCE; ORDER THEREON |
| vs. | ) |
| | ) Date: March 16, 2015 |
| ALVIN DICKSON, | ) Time: 1:00 p.m. |
| | ) Judge: Hon. Sheila K. Oberto |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Mark J. McKeon, Counsel for Plaintiff, and Assistant Federal Defender Jerome Price, Counsel for Defendant, Alvin Disckson, that the status conference hearing currently set for February 2, 2015, at 1:00 p.m., may be rescheduled to **March 16, 2015, at 1:00 p.m.**

The reason for this request is that defense counsel just received a plea offer on Wednesday, January 28, 2015, and needs additional time to review the offer with Mr. Dickson. The government has indicated that the offer expires February 27, 2015.  Thus, the new date will allow sufficient time for the defense to consider the offer and possibly come to a mutually agreed-upon resolution.  If the case settles before the new hearing date, the parties will set a change of plea hearing before District Judge Lawrence J. O'Neill.  If the case does not settle, the parties will be prepared to set a trial date at next status conference.  The parties believe that the requested continuance will conserve time and resources for both counsel and the Court.

The parties further stipulate that the delay resulting from the continuance shall be excludable time as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by granting the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  January 30, 2015
/s/ *Mark J. McKeon*
MARK J. McKEON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated:  January 30, 2015
/s/ *Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
ALVIN DICKSON

**O R D E R**

At the status conference on November 3, 2014, the Court set a further status conference on February 2, 2015, and informed the parties that they shall be prepared to set the case for trial at the next status conference. As such, the parties' stipulated request for a continuance of the status conference is DENIED.

The parties *shall* be prepared to select a trial date before U.S. District Judge Lawrence J. O'Neill at the February 2, 2015, status conference. Should the parties resolve the case before their trial date, they can notifiy the Court and request that the trial date be vacated.

IT IS SO ORDERED.

Dated:   **January 30, 2015**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE