HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ALVIN DICKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00018-DAD-BAM-1 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE TRIAL DATE |
| vs. | |
| ALVIN DICKSON, | Date: February 23, 2016<br>Time: 8:30 A.M. |
| Defendant. | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Mark J. McKeon, Counsel for Plaintiff, and Assistant Federal Defender Jerome Price, Counsel for Defendant, Alvin Dickson, that the jury trial currently set for February 23, 2016 at 8:30 a.m., **may be rescheduled to July 26, 2016, at 8:30 a.m.**

This continuance is requested because defense counsel was informed that the defendant, Mr. Dickson has had major spine surgery and is currently in post-operation care. On January 10, 2016, Mr. Dickson was admitted to the hospital for treatment of lumbar radiculopathy. He received a lumbar laminotomy for decompression on January 17, 2016. He was discharged on January 26, 2016. His surgeon has placed him on a travel restriction for at least 8 weeks as he cannot sit or stand for longer than 3 hours. Mr. Dickson currently resides in Oakland, California and is receiving post-operation care. Mr. Dickson would be unfit to travel to Fresno and sit through a trial as it is presently set.

///

The parties stipulate that the trial may be moved to July 19, 2016 to give the defendant sufficient time to heal and meaningfully participate in his defense. The July 19 date was the next best date taking into account counsel's trial schedules.

Speedy trial time has previously been excluded until February 23, 2016 under 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further request the court find that for purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 23, 2016 to July 19, 2016, be deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, and 18 U.S.C. § 3161(h)(3)(A) because of the unavailability of the defendant.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 4, 2016                  /s/  Jerome Price
                                        JEROME PRICE
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        ALVIN DICKSON

Date: February 4, 2016                  /s/  Mark J. McKeon
                                        Mark J. McKeon
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court finds that the ends of justice to be served by granting the trial continuance outweigh the best interests of the public and defendant in a speedy trial. Under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) (B) (iv) (Local Code T4) and 18 U.S.C. § 3161(h)(3)(A) (Local Code M – unavailability of the defendant) time remains excluded until July 19, 2016.

The Court orders the trial rescheduled to July 26, 2016 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **February 8, 2016**                      /s/ Dale A. Drozd
                                                   UNITED STATES DISTRICT JUDGE